Case 1:19-cv-08814-KPF   Document 32   Filed 05/27/20   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALANI KARUPAIYAN,

                     Plaintiff,

              v.

CVS HEALTH CORPORATION; AETNA;
ACTIVE HEALTH MANAGEMENT;
KALYANI LAKSHMI BELLAMKONDA;
ROBERT DENNER; APN CONSULTING,
INC.; VEDANT PATHAK; NEELA
PATHAK; PURVI JHALA,

                     Defendants.

19 Civ. 8814 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

      This Order supplements the Court's discussions with the parties at the telephonic pretrial conference of May 26, 2020.  With Plaintiff's consent, the Court reached out to a representative of the clinic administered by the New York Legal Assistance Group ("NYLAG") to discuss the clinic's operations during the COVID-19 pandemic.  The Court understands from its discussion with the NYLAG representative that the clinic continues to meet with clients, albeit by telephone.  The Court further understands that a clinic representative would be able to speak with Plaintiff regarding the preparation of an amended complaint, to be filed within the next 60 days.  The Court anticipates that the NYLAG representative will reach out to Plaintiff in the near term, and it strongly encourages Plaintiff to discuss with the representative his current Complaint Dkt. #2), the pre-motion letters filed by Defendants (Dkt. #26, 29), and the Court's comments from the May 26, 2020 conference.  With the expectation

that Plaintiff will do that, the Court orders the following schedule: Plaintiff's amended complaint will be filed on or before July 31, 2020. Defendants will then advise the Court on or before August 14, 2020, whether they wish to file an answer or a motion to dismiss, and the Court will schedule their responses accordingly.

SO ORDERED.

Dated:   May 27, 2020
         New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge

*A copy of this Order has been emailed by Chambers to:*

palanikay@gmail.com