| Palani KARUPAIYAN,<br>Vs<br>1)CVS Health Corporation<br>2)AETNA<br>3)ActiveHealth Management<br>4) Kalyani Lakshmi Bellamkonda, *individually and in her official capacity as Senior Director of the* AETNA, a CVS health company<br>5) Robert Denner, *individually and in his official capacity as Customer Relation Manager (procurement)of the* AETNA, a CVS health company<br>6) APN Consulting Inc<br>7) Vedant Pathak, *individually and in his official capacity as CEO. Founder of the* APN Consulting<br>8) Neela Pathak, *individually and in her official capacity as VP of the* APN Consulting Inc, wife of Mr Vedant Pathak,<br>9)Purvi Jhala, *individually and in her official capacity as Director-client services of the* APN Consulting Inc | IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT COURT NEW YORK<br><br>Docket # 19-cv-8814<br><br>2020 AUG -5 AM 10:48 |
|---|---|

RECEIVED
SDNY PRO SE OFFICE

**1st Amended COMPLAINT (FAC)**[1]

Plaintiff Palani Karupaiyan ("Plaintiff" or "Mr. Karupaiyan") pro se, files this Complaint and Jury Demand against Defendant(s) CVS Health Corporation ("CVS") ,AETNA ,ActiveHealth Management ("AHM"), Kalyani Lakshmi Bellamkonda, (Kalyani") Robert Denner, ("Denner") APN Consulting Inc("APN") , Mr Vedant Pathak (Vedant, "Mr Pathak") , Neela Pathak, (Ms Pathak", "Neela"), Purvi Jhala, Mr Pathak is CEO of APN health solution which is subsidy of APN.

**INTRODUCTION**

1) This suit arises from Defendant's decision to refused to hire fulltime job and/or refused promote and/or wrongful terminated, Failure to accommodate my disability, Unequal terms and conditions of my employment, Retaliation, to Plaintiff , Favoring Foreigner employee to replace US citizen employee because of his Race, Color, gender , religion, Ethnicity/Caste/Heritage, Language.retaliation, Age, Disability, genetic information, US Citizenship , National of Origin , Favoring Foreigner employee to replace US citizen employee , intentional torts and etc in violation of

Title VII of the Civil Rights Act of 1964. ("Title VII"), The Age Discrimination in Employment Act (ADEA) , The Americans with Disabilities Act, amended (ADAAA) , The Genetic Information Non-discrimination act(GINA),

Fair Labor Standards Act,National Labor Relations Act. **Wage Theft Prevention Act-NY,** Rehabilitation Act of 1973,

[1] [1] Portions of this document were prepared with the assistance of New York Legal Assistance Group Legal Clinic for Pro Se Litigants in the SDNY. ,

Racketeer Influenced and Corrupt Organizations Act/NY RICO (RICO), Sarbanes–Oxley Act of 2002, New York Human Rights Law (NYHRL),
The **New York City Human Rights Law** (NYCHRL), New York Tort Law, 42 U.S.C. § 12112(a). 42 U.S.C. §§ 1981-1995 (section 1981). Civil Rights Act of 1991 (Section 1981)
Copyright Act of 1976 , 17 U. S. C. §§ 101 and 201(b),
18 U.S. Code §?2510-2520,
Privacy Act of 1974,
18 USC Ch. 119,
U.S.C. 28 §1331,
28 U.S. Code §?1343 (1982),
U.S.C. 42 §1985,
42 U.S. Code § 1988 (42 U.S. Code § 1988(b))
Civil Rights Act of 1866
18 U.S. Code § 371,
**U.S.C. § 1324b (Immigration and Nationality Act (INA) ,**
**Immigration Reform and Control Act of 1986 (IRCA)**
20 C.F.R. § 656.17(e)
Worker Adjustment and Retraining Notification (WARN) Act
Family Medical Leave Act,
Indian family act, Indian succession act-if any from India.
These acts are hereafter referred as **plaintiff claimed acts**.

**PARTIES**

2) Plaintiff Palani Karupaiyan is US citizen. Due to unemployed, eviction, I have not secure resident yet. I live here and there and sometime sleep in car.
3) CVS Health Corporation (previously CVS Corporation or CVS Caremark Corporation) ("CVS") is an American healthcare company that owns CVS Pharmacy, a retail pharmacy chain, CVS Caremark, a pharmacy benefits manager, and AETNA, a health insurance provider, among other brands. CVS doing business in Retail Pharmacy ,Pharmacy Benefits Management, Clinical Services ,Specialty Pharmacy ,Digital Services.
4) AETNA is committed to providing individuals, employers, health care professionals, producers and others with innovative benefits, products and services; AETNA is now a subsidiary company of CVS Health Corporation.
5) ActiveHealth Management ("AHM") is a national leader in population health management, passionate about helping every person achieve his or her best health. We provide personalized insights and resources through our clinical and consumer analytics, care management, health, lifestyle and wellness programs to help our customers improve quality of care, lower healthcare costs, and drive sustained consumer engagement and behavior change. ActiveHealth® collaborates with employers, health plans, governments and providers currently helping more than 20 million people live their healthiest **lives ActiveHealth Management (AHM) is a subsidiary to the AETNA company,** that's working to transform healthcare for patients, providers and employers.

6) AETNA, AHM business address is 233 Spring St New York, NY 10013. The office entrance had AETNA and ActiveHealth management name board at the entrance. Inside the some employees had CVS health employee id card including one of my team member Vani, Kalyani.

7) CVS headquarter address is One CVS Drive Woonsocket, Rhode Island 02895 and its market capital is 82 billion USD. CVS has 300k plus employees.

8) Kalyani Lakshmi Bellamkonda, ("Kalyani") is Senior Director of the AETNA a CVS health company.

9) Kalyani is Indian nationality, Andhra state Telugu speaking ethnicity, fair/white skin, upper caste young women in 30s(In India, caste also discriminative factor/protected class, Religion can be change but caste cannot be changed – Indian supreme court ruled.), Her boss is Sanjeev who is Indian origin, Indian nationality, fair/white skin, upper caste, young man. Kalyani had CVS Health employee id.

10) Robert Denner, is CRM (procurement)of the AETNA whose duty is interact with AETNA's vendor/contractor's agent/officials. Denner is young whiteman, 200+ lbs tall man, Christian.

11) APN Consulting Inc. (APN) is IT development partner for many fortune 500 US companies. They provide service in IT Services and health care services thru APN Healthcare solution. APN has 150+ employees. APN yearly revenue is 100 million USD per year.

12) APN has office in New jersey, New York city, Boston | Atlanta | Dallas | Chicago | San Francisco and India. India office address is BSI Business Park, Suite No. 304 3rd FL, H Block Plot No. 140
Sector 63 Noida, Uttar Pradesh ,**+91.931.959.4174.**

13) APN is IT software development and outsource partner for CVS defendant.

14) **Vedant Pathak is CEO, founder of APN consulting inc and APN health care solutions.** Vedant is Indian origin, Indian nationality, North Indian ethnicity, fair/white skin, upper caste, young man, Hindi language speaking

15) Neela Pathak is Vice President of APN Consulting/APN healthcare solution. Indian origin, Indian nationality, North Indian ethnicity, fair/white skin, upper caste, young women, Hindi language speaking

16) APN Consulting/APN healthcare solution is operated as family business of Pathaks who are husband and wife. APN Healthcare solution (subsidy of APN) has around 200 employees.

17) Purvi Jhala is Director-client services of APN Consulting/APN healthcare solution. Indian origin, Indian nationality, Hindu religion, North Indian /Hindi speaking ethnicity, fair/white skin, upper caste, young tall 200+ lbs women, Hindi language speaking,

Purvi has AETNA entry card to access/enter 233 sprint st, NYc NY for unlimited entry. Every day she should come @ 233 Spring st, NYc, NY.

18) Historically Indian upper caste people are migrated from central Asia to India and Historically do extreme cruel discrimination to non-upper caste people in India and outside of India as well.

19) CVS/AETNA/AHM, Kalyani, Robert are referred as CVS defendant ("CVS") and APN Consulting, Vedant Pathak, Neela Pathak, Purvi Jhala are referred as APN defendant("APN").

20) CVS/AETNA/AHM, APN are single integrated employer ("employer", "single employer") to the plaintiff.

21) Plaintiff is not commission based employee to single integrated employer.

22) Plaintiff is aggrieved individual/ aggrieved person/aggrieved employee to the single employer.

**JURISDICTION AND VENUE**

23) This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII,ADEA, ADAAA, GINA,INA,FLSA, RICO, NYSHRL, NYCHRL, Rehab act, section 1981
42 U.S.C. § 12112(a).
Copyright Act of 1976 , 17 U. S. C. §§ 101 and 201(b),
18 U.S. Code §?2510-2520,
Privacy Act of 1974,
18 USC Ch. 119,
28 U.S. Code §?1343 (1982)
42 U.S. Code § 1988 (42 U.S. Code § 1988(b))
Civil Rights Act of 1866
**Wage Theft Prevention Act-NY,**
Hindu family act, Hindu succession act-if any from India.

24) Venue is proper in this District

**FACTS**

25) Plaintiff is US citizen, Born in India, Tamil Nadu Southern Indian state, speak Tamil language, 100% Tamil medium school studied. Hindu by religion, backward caste. By my last Name, first name, my skin complex (Dark/black skin), Plaintiff English strong accent, facial structure I can be identified as South Indian from Tamil Nadu state and belongs to Hindu religion. My first name spelling/character are only in Tamil language, only in Tamil Nadu state one of the famous Hindu god has name of Plaintiff so Plaintiff can be identity belong to Tamil Language and from Tamil Nadu state. Facial hair, hair become white. My year of Birth is 1971.

26) **In AETNA work place, in MAH[2]-team, Im only person speak tamil language. Few years I worked in Delhi(north India) where people used to call me "kallu" which mean black in Hindi.**

[2] MAH denotes my Active Health application of Active Health Management

27) Mr Karupaiyan is born with Situs inversus Totalis (SIT)(genetic and disability, **sudden death syndrom**). **diabetic type-ii**. SIT body organ are reversed. Defect includes lungs cilia's certain percentage swipe the mucus down, blood movement in brain also defect.

28) Plaintiff Palani Karupaiyan is a 49-year-old. Plaintiff **has 25+ yrs experience with full stack developer skills. More than 25 skills certifications such as MCTS,MCP,MCPD, Ocp 8i, Ocp 9i, ocp10g,OcP 11g, SAP Hana In Memory (BI/DW) certification and ToGAF architect certification. Plaintiff is trained and in the Plan of doing PMP- Project Management Professional certification.**

29) In Software engineering, Im more experience and expertise than the defendant and any and all team members. Because Im very good in Architecting, coding, engineering Software , debugging(correcting coding errors) Im in the engineering field than become a Manager. The software I developed runs for 20+yrs without any problem and those should run another 30 to 40 more years. 30 Yrs ago when I started programing, my boss read my program/machine language he said that the program looks like poetry and pleasing the people read it. When I worked with Arkansas Dept of Education, Special education, I developed 250+reports, then the manager also wanted to design the reports along with me. After 3 days he said designing reports is not science but it is arts so everyone cannot be daVinci and he assigned all reports to me. Proved many occasions that I'm 20 time productive person than average engineers.

===Recruitment:

30) Now for this complaint, I reviewed all email from Dhruv and found that on around May 03 2019, Dhruv Dayal recruiter from APN's India office send **job advertisement** emailed to my personal email (palanikay@gmail.com) regarding the recruitment of contract to hire **Software Engineer with AHM/AETNA**. I told Dhruv that Im 25+yrs of experience in Software development/Architect so I will ask for $200/hr rate. Multiple times this telephone conversation happened and twice Dhruv said that 1 year contract, after one year promote to fulltime-permanent Tech lead job with AETNA with performance review. Also Dhruv confirmed hourly rate $75.00.

31) From hire to fire, the defendants use my personal mail id(palanikay@gmail) to reach me. For this personal email id have paid yearly subscription fee.

32) On May 09 2019, Dhruv recruiter arranged me telephone/webex interview with many AHM/AETNA/CVS employees(5+) in .net/c#/mvc for software engineer. The interviewers one after another appeared in WebEx and interviewed me.

33) On May 20 2019, Dhruv recruiter arranged me in-person, face to face interview with AHM/AETNA/ CVS employees/managers in .net /C#/MVC at AETNA office 233 Spring st,NY City NY. Again with interviewer/employees of AHM/AETNA/

CVS one after another appeared on the conference or face to face and interviewed me. After technical interview, I was told to do a sample coding/programing in .net/mvc as past experience which I have done with their **Windows** computer. The laptop interviewer gave me did not have database to write sample code but I used to my skill/experience/experties to create database (Database certified).

34) **Im 20 times more productive person than any average software engineers. This productivity I have done with Tyson foods, Dept of Edu, Arkansas, School construction authority NYC, Dept of Education Nyc and many more.**

35) During the interviews APN/AETNA employees /managers asked me about my availability to join the job. I replied them that more than two+ months I'm looking for job and available to join this job immediately.

36) On May 24 2019, Dhruv confirmed me job with AHM/AETNA month long background check, took my linked-in id, on Jun 05 2019 Dhruv confirmed start date as Jun 17 2019 with AHM/AETNA.

37) During the month long wait for background check, Abhishek Tyagi from APN called and said that he had urgent Cyber Project Manager Requirement with very good billing rate and he could not find any cyber project manager candidate in the market. I replied that I do not have experience in Cyber Project management. Tyagi replied that he should give me training and employ me with his client and APN should pay me $5000 for my time and effort for learning Cyber Project manager or or reimburse $5000 in the form of my car parking expense, commuting train ticket expense, laundry/dry cleaning expense.

38) Also Abhishek told me that as Im very good in .net technology and APN want me to train another APN's employee Rajesh Kandlikar for his interview with AETNA. For this training, Abhishek promised me that APN should pay me $5000. Whenever Abhishek/Rajesh find free time, they called me in 3 way calling with Rajesh and Rajesh training was completed. I used my knowledge to train Rajesh. For these $5000 +$5000, APN did not pay me yet. My knowledge as intellectual property is used to train Rajesh and Rajesh was placed by APN with CVS and made profit and did not pay me the $5000. This intellectual property violation. Without this training Rajesh should not be placed. For this intellectual property violation, this court should order the plaintiff should have 50% ownership in APN Consulting and 50% ownership in APN health solutions.

39) Before join date, on or about Jun 10 2019 Neela Pathak called me and told that she is primary decision maker in APN consulting which was granted to her by her husband-cum-ceo and her relative and family friends are working as top management position in CVS. She confirmed that I should get permanent lead position (tech lead) with CVS.

40) In this recruitment, **APN did not have any project for my skill at APN's office**. Only for working on CVS, Aetna, MAH projects APN recruited me.

Also APN gave me Independent contractor agreement with **Vedant's signature without any date** which had following part.

a) Plaintiff required to sign confidentiality and non-solicitation agreement that may be requested by APN and/or its client from time to time.
b) Plaintiff required to abide by the policies of the work place they may be assigned to.
c) Only APN will invoice its clients and receive money
d) Contractor has to submit invoice with approved timesheet and payable in 30 days
e) Contractor must provide client approved weekly timesheets.
f) APN's relationship with its clients is APN's exclusive property. all information concerning APN's projects including the customer's data processing requirements, contract expiration dates, rates and related information, constitute trade secrets of APN.
g) APN required contractor refrain from contacting (either directly or indirectly) APN's client for 18 months after termination. End client may offer employment to contractor who work directly on any project for whom services are provided.
h) Either party may terminate this agreement by giving 2 weeks prior written notice. Contractor understands that the 15 days requirement is reasonable as consultant may be handling critical project and it will take time to hand over they responsibilities he/she may be handing
i) Any notice required to be given hereunder shall be deemed to have been sufficiently given either when served personally with acknowledgement or certified mail.
j) This agreement is not exclusive and APN may make similar agreements for professional services with other firms.

41) During the background check, (after APN gave signed agreement) APN emailed me to sign : Exhibit -C IT Security statement of Policy of AETNA, which came from AETNA This exhibit stated

"*As a **Supplier's employee** working at AETNA, you need to be aware of and follow AETNA's policies and procedure pertaining to the security of **our information** and information technology resources.*

Based on this exhibit-c signed, Plaintiff had access and worked on AETNA laptop/MacBook, AETNA's employee id, AHM's application including new refresh application (MyActiveHealth-"MAH", MAH-Refresh), CVS's ODS database, CVS CareEngine Database. In this exhibit-c supplier meaning APN and Our meaning AHM/AETNA/CVS and **Supplier's employee is the plaintiff."**

**Appointment**:

42) On Jun 17 2019, I jointed job for AETNA to work on ActiveHealthManagement application as **Independent full-stack software engineer** to **single integrated employer** CVS/AETNA/AHM/APN. This application helped the subscribers/client employees to help their health management plans.

43) The existing application was developed in India by outsourced team and is performing poorly in refreshing/rendering; as well I found some performance defects which were intentionally programed. Sometime took 6 to 10 minutes to refresh/render the screen when acceptable standard is 3 to 5 seconds. AETNA renamed/versioned this application

MAH-Refresh to refresh the screen fast which I assigned to work. Work place address was 233 Spring St, Ny city, NY.

44) On Joining I was given AETNA employee id card which said Im Sr Software engineer which did not specify type of employee. My email signature was configured as

**Palani Karupaiyan** | Senior Software Engineer, Aetna Digital-AHM
**p** 212–479-0405 | **c** 212-470-2048
161 Avenue of the Americas, 13th Floor, F110, New York, NY, 10013

CVSHealth.

45) **CVS/AETNA/AHM and APN are single integrated employer ("employer") to** the plaintiff.

46) Plaintiff is not commission based employee to this single integrated employer.

47) Plaintiff only worked with this CVS project and APN hired me to only work with this CVS project. Income from this single integrated employer is the only income to the plaintiff between the hire and fire.

48) After Join, about a week, CVS's CTO (Chief Technology officer) gave town hall speech at 233 Spring St, New york, NY (AHM/AETNA). **This CTO is common CTO for AHM/AETNA,CVS**. In this speech, CTO stated that in near feature CVS plan to have tele/remote medicine 24/7 in the neighborhood thru Artificial intelligence's help. CTO is north Indian, Hindi speaking, white gentleman. In the same speech, for matter of sarcasm, he said that his wife threaten to divorce.

49) End of the town hall speech, everyone given chance to ask question so I asked when all the CVS stores should be open 24/7 basic? My street is not 24/7 open so I need to drive 15 miles to reach CVS if I run out of medicine at before bed. CTO was not ready to answer and assigned his colleague to answer but he said that not near future all CVS will be open 24/7. Because of this all Indian manager work in CVS called me Alpha-male. In my team, Im only Tamil speaking from India at 13th floor among other Indians.

50) CVS defendants had common repository for code/computer program to be stored and versioning purpose.

51) CVS defendants had software licensing interchangeable from-to parental/child company.

52) CVS Defendants had common authentication at door entry for employees from-to parental/child company.

53) The MAH application and its database run on the AETNA's hardware(server computers)

54) The mac laptop was apple Macbook hardware owned by AETNA and Microsoft **Windows Operating** system licensed to AETNA. Windows-os on Macbook is less efficient and more costly.

55) **Plaintiff and Rajesh requested for Regular windows laptop which was denied**.

56) 30 yrs of experience myself or my past employer never used these combination. This hybrid laptop is not even practiced as proof of concept. Same with Rajesh's experience as he said.

57) But for the CVS's Indian outsource team used the traditional Laptop hardware with Microsoft operating system. But at AETNA's USA development computer/machine were apple Macbook Hardware with Microsoft Virtual Windows operating system, Visual studio/.net for Windows Operating system. **AETNA is employer and they primary decision maker on tool deciding even though it poor performing, costly business tool**.

58) Robert Denner involve in common procurement/firing/hiring officer for CVS defendants.

59) MAH-Refresh application had own database. Also this application needs to get/put data to ODS[3] database, CVS CareEngine database (Oracle) which belong to CVS health.

60) On Jun 17 2019 I have joined with AETNA @ 233 Spring St NYc, NY but there was no tech lead in the team so I worked as Sr software engineer and as well Tech lead. The same day Dimitry Nemchynovich joined as Behavior Driven Development (BDD) Test Engineer.

61) MAH-Refresh (re-engineering) needed team of engineers with multiple diverse skill to complete the project. MAH was at ongoing development for many years. MAH-Refresh was planned to complete in 2 years. The team members were Kalyani, Tanu Vats, Vanisree Pamganamamula, Dimitry Nemchynovich, Rajesh Kandlikar, Deinde Dawodu, Juan Rodriguez, Larry(Lawrence) Freeman. Later Umar Mohamad was recruited 2+ weeks before firing the plaintiff. The Team has over 30 members were working from India as well for outsourced.

----Team---

62) Kalyani's role was delivery lead, team manager and her immediate boss was Sanjay as she said. Sanjay is Indian national, upper caste from India. Kalyani does not develop any computer program but did micro-management on the entire team and approve the timesheet for every team member. Kalyani is young fair/white women, upper caste, and Telugu speaking ethnicity.

In the past, she worked as programmer but now her day to day responsibility is organize meeting with offshore team and supervise the MAH-refresh team.

---

[3] ODS is name come from Operational Data Source which in industrial stand naming conversation for Business Intelligence/ Artificial intelligence supporting database.

Responsibility as Delivery lead Kalayani approved timesheet which are entered thru AETNA's web-timesheet-application.

63) Whole team reported to Kalyani who my supervisor was including me. Vani, Kalyani had CVS Health employee id.

64) Tanu Vats is North Indian, upper caste white young women in 30s age, Himachal Pradesh state which north most state of India, speak Hindi and Himachal language.

65) In India, the states were divided by the language the citizen speaks. Tanu is white skin young women and Upper caste. Tanu was product owner who 1) **assign the task to team members including me with expected time to complete and everyday checked the status and risk**. 2) Once the task completed and pass the test, she accept the task to be part of the project. Tanu had CVS Health employee Id.

66) Vanisree Pamganamamula ("Vani") is tester and subject matter expect (as she claimed) since she worked for CVS many years. Vani had CVS health employee id. Vani is white skin, young lady, upper case from India, by age 30s, speaks telugu mother language as Kalyani. **Vani Quality controlled the Plaintiff's completed tasks**.

67) Dimitry Nemchynovich is BDD test engineer from Russia/Belarus Nationality, Christian religion, speaks Russian and he wanted everyone to speak Russian and he taught Russian to other team member how to speak Russian. Dimitry is young white man by below 39 age, Christian. Dimitry train me what is the difference between BDD[4](Behavior driver development) and TDD-Test Driven Development which Im already expertise.

68) Rajesh Kandlikar, is Canadian citizen, Telugu speaking as Kalyani, Vani. He is fair/white skin young man upper caste in 30s age. His role was software engineer as Im Sr Software engineer.

69) *Indian upper caste can be easily identified by they bring vegetarian food for lunch so they should not sit with non-vegetarians for lunch which is the habit from primary school in India.*

70) Deinde Dawodu is UI/UX designer. Deinde is young man in 20s. Every day he need to interact with Indian team to gain what do they do and how do the India team do. One day he said that Pritya from India refused to disclose the project details to him. Deinde explored many tool to use, I told him that bootstrap is the tool come to help the problem of other tool had so focus in bootstrap and I should help him for knowledge gain and I did.

71) Juan Rodriguez is Software engineer, young white man with from Dominican origin, christian. Whenever new team member need, myself and Juan interviewed the new candidate but for Umar Mohamad I was not involved.

72) Larry (Lawrence) Freeman? is scrum master, Whiteman, 100% remotely worked.

[4] BDD is the way of testing software from Business User view. TDD is way of testing the software from developer or Engineers view(Technical).

73) Umar Mohamad young white Muslim man in 20s age.

74) In fact, Project manager/Scrum master, delivery manager, project manager, project lead roles should be combine and one man/women is enough. I work as Architect, Techlead, Sr developer, database developer/report designer/User interface designer (UI/Ux) Tester/debugger together which full-stack of tools.

75) After joining, for 3 weeks, AETNA did not provide me work laptop but Dimitry got his laptop on 1st day.

76) During these 3 weeks without laptop I was assigned to task which were no-related to development and helped Dimitry to setup his laptop. Sometime need to sit idle.

77) After mac laptop was provided to me, as part of orientation I was told to take computer based compliance training. Most of the test exams were from AETNA and code of conduct exam was from CVS as freely exchange the license between single integrated employers.

78) On or around 3rd week of Jun 2019, Kalyani and Dimitry talking about their employment and Kalyani told to Dimitry that Dimitry is paid well because of he is contract employee and she is paid less than Dimitry because she work as permanent employee and she hate her job.

79) At time of joining, orientation, I was told that I should not record anything because it is healthcare company. Also told that I should not use personal gmail.

80) On 13th floor, two 6 foot folding plastic desk are put together parallel which were wobbling. All team members were sitting compactly and need to work on wobbling desk which is pain full for the back and wrist. Kalyani had standup desk with two monitor, regular keyboard but moved to this temp desk for micromanagement. Kalyani had complete overseeing of plaintiff's day to day's work. Tanu was not (forced) to move from her standup desk to temp desk. Juan was not forced to move from his double monitor standup desk to temp desk.

81) There were another team's members sitting back of mine. When other team move their chair to get out, their chair hit my chair back and whiplash my neck raise the pain from injured disk and I raise expressing **pain, others laughed at me.**
**When the desk were wobbling, I told that because of desk were wobbling, these laptop might fall from wobbling desk, Kalyani replied that the mac laptop cost $5000 and they should detect from my payment if the laptop is damaged, So I purchased a armor protection cover for this laptop from my pocket.**

82) On or about 3rd week of Jul 2019, I was invited to AETNA had hackathlon training event which is for a week paid event. They said that this AI skill should be

useful in their feature prediction policy determination platform. I won the 1st price in the hackathlon.

83) On or around 1st week of Aug 2019, I told Kalyani that I need to pay creditcards, loans so I requested Kalyani to order the vendor APN to pay me but Kalyani denied and told that it is not AETNA's responsibility for I'm paid or not.

84) On 1st week of Aug 2019, over the standup meeting, Larry(Scrum master) said that everyone should learn from Palani that He pick tasks one by one and finish one by one which is good practice but others accumulated many task and did not know how to estimate to finish.

85) On or around 1st week of Aug 2019, As Rajesh and Vani requested I trained, helped Rajesh, Vani in oracle, ODS, careEngine. I have also reviewed and fixed of the oracle, ODS, CareEngine's stored procedure/programs. In MAH-team, only the Plaintiff is oracle experienced and expert and certified. No other team members had Oracle experience or expertise.

86) On Aug 26, 2019 Purvi said that she had unlimited access entry card CVS defendant's building. Regularly every day she comes to 233 Spring st, NY, NY.

**Failure to accommodate**:

87) .I am a diabetic, and my doctor recommends that I eat five smaller meals throughout the day. On or around first week of July 2019, I was eating at the communal desk in our office and Aetna employees told me that Aetna does not allow their employees have food in desk area, I was told this twice. I replied that due to my diabetes I am supposed to have five small meals. They repeated that no one is allowed to eat in the work area regardless of any disability. However, during regular lunch time most employees eat in that same area because the cafeteria can only hold four people, so most eat at their desks. Other employees on this project took their **lunch** at our desk but were never told they could not eat there, only I was told I could have food in that area when I ate my small meals. I needed to eat this way because of a medical condition that my employer is required to provide reasonable accommodation for, but they failed to try and find such an accommodation.

88) .During this time, renovations were taking place on the floor above mine. On a number of occasions, large amounts of **dust fell** from the ceiling onto our work desk. I made a request to Kalyani, my supervisor, to arrange a desk in another area to get away from the falling dust. I have a genetic defect that affects my lung capacity, and breathing in the dust made it difficult to breathe, and caused chest pain and frequent coughing. My request to move was denied by my supervisor, despite her knowing that

I had issues with my lungs. She replied to me instead that I would just have to wait until the construction was completed before moving to a new area.

89) .With my employment, I was given a company laptop to work on. After providing me the laptop, my supervisor said that I should take laptop to home and bring it back to work every day, to prevent it from getting stolen at the office. Doing so caused me plain, and was very difficult. When I discussed this with Kalyani, she replied that it was not the company's problem. But for Dimitry, also a software engineer, and a young white man, Kalyani gave him her **locker key** so he could keep the laptop securely in the office. I was not offered use of this locker to store my laptop despite having disabilities and being much older than Dimitry.

90) .Because of my diabetes, I have weak eyesight and try not to strain my eyes too much. On or about second week of July 2019, I asked Kalyani my supervisor if instead of using the smaller MacBook I could switch to a larger computer monitor. The smaller laptop is too small and strains eyes, causes blurry vision, and disrupts my sleep. I requested the use of a **27-inch monitor** because other employees have these computers. However, my request was denied despite there being available computers. I was told that I would not be able to get a new computer or desk until the construction was completed and would have to wait until then.

91) .Around that time, another **employee left, and his desk sat empt**y with twin 27-inch monitor, so I asked my supervisor if I could take over that desk to accommodate my eyes. She denied my request because a younger, and newer employee was going to have that desk.

92) .On or around first week of August 2019, I again requested the use of the better **desk with 27 inch monitor** and computer to accommodate my eyes. I explained that my vision was getting much blurrier and the pain in my eyes was getting worse. My request was denied again.

93) .On August 13th 2019, I made a doctor's appointment for the 16th because on an ongoing medical issue. At the doctor's visit, my **doctor recommended** I go to the emergency room. I still came to work and completed my scheduled task despite this unexpected interruption. When I made a doctor's appointment, I emailed my supervisor to let her know, and asked to work from home that day because I would need to fast prior to my doctors running some tests. Usually, this is not an issue for other team members who always work from home for the whole day when they have appointments. But my request was denied.

94) .On August 20th 2019, I attended the morning meeting and upgraded the Mac Machine Operating system, which upgraded automatically from home before my appointment. After the doctor's test I was so tired because the fasting was very difficult to do as a diabetic, I did not go to work. In my time sheet I only claimed three hours of work, **though most employees claim for a full day of work when they take off for appointments, or work from hom**e.

95) .Kalyani, my supervisor had told me that if I did not come to work and I went to my appointment, I would be fired. Again, other employees were allowed to leave for appointments with doctors and work from home or take the day off. Two employees, **Vanisree, and Tanu work from home two or three days a week often. Aetna seemed to have a different policy for some employe**es. Whenever I had a doctor's appointment, I always picked the early morning hours and come to work after, and would work late to compensate for the lost hours, but they did not allow me to work the extra hours.

Racial discrimination:

96)      .All of the other employees who were allowed accommodations for doctors' appointments, given larger computers or better desks with 27 inch monitor were all lighter skin than I was, or from a higher caste in India. At least some of the disparate treatment I faced while working at Aetna was due to my lower caste and my dark skin.

97)      .On or around third week of June 2019, Kalyani and Dimitry were discussing that their Green cards were delayed because of the current political climate in the United States. I disagreed with what was being said, and they told me "he speaks like a **'black apple.**'"

98)      .Another supervisor, Neela, said that because I am "black old Madrasi" she should put every effort to remove from the project we were working on. She said this to me after I asked to be paid, because I had not been paid at all for my work. Before Indian Independence from the British, Tamil Nadu state was called Madras presidency under British rule. Many south Indians were called Madrasi by North Indians, and is an insulting term.

99)      .On or around first week of August 2019, I requested the **database login information** for a project from a supervisor, Vanisree. I requested the information multiple times because it was provided to me incorrectly each time. Eventually I asked another employee, Rajesh for the information who was of the same caste, color, language, and ethnicity as the supervisor and had lighter skin than I do. His login information was correct. There is no other reason the supervisor would not provide me with the correct information other than my caste, ethnicity, and race. Because of the delay in getting the correct information, I was unable to complete the task on time.

100)      .In early August 2019, my supervisor Kalyani told me that she found employee Umar Mohamad who would be taking over my job. All of my tasks were transferred to him, and Umar was told not to speak with me. Umar is white, and in his twenties.

101) On Aug 23 2019, Rajesh told that APN Managers came to 233 Spring St, NYc, NY for meeting CVS's Managers and APN managers meet him. Because I do not agree to reduce for AETNA manager commission, APN official and AETNA's manager had many hour long secret meeting to fire me on (Aug 26 2020)Monday morning.

102) AETNA and its managers had authority to review APN employee's performance and AETNA and its Managers had Authority to give termination notice to APN for its' employees.

Termination/§firing

103) .Throughout my time working with Aetna and APN, I was never paid. On multiple occasions I requested to be paid first by check and then via direct deposit. These requests to my supervisors Kalyani and Neela were ignored. I explained to her that I needed to pay my bills and buy my medicine but she told me it was not her problem. I also contact accounting at APN account to let them know I had not been paid yet.

104) .I was also told that I would need to reduce my agreed upon rate of pay to put money into what was called a "managers commission." I was told that I needed to give $7 an hour to this, but I refused to pay this, and I believe this is why I was never paid.

105) .On or about second week of August 2019 Kalyani told the other team members that they should not speak to me about anything related to our work.

106) .I was fired on Monday August 26th and not permitted to finish my work or submit my final timesheet. I believe I was retaliated against for refusing to reduce my pay, for my attempts to get reasonable accommodation, and because of my race and ethnicity.

107) .Kalyani told a white man to kick the "black old tamil guy of out of here immediately." The white man held my hand, dragged me out of meeting room to a tall lady who hide behind of the wall. The lady told her name is Purvi, and the man told his name is Robert. When Purvi and Robert told that they are removing me from project, I asked them if it was because of any performance issues, they replied NO but they said **the project is outsourced to India**.

108) .In the dark compact room, Robert told me to surrender my work laptop to him but I wanted to remove my laptop protection before giving him the laptop. I also told them that I needed to respond to some emails for work before returning the laptop. These requests were denied. Someone grabbed me and kicked me repeatedly. Robert then told me "you black guy, go back to India." Then Purvi and Robert escorted me out.

109) At AETNA weekly timesheet need to entered thru web-based timesheet application, which will allow from designated laptop only.

110) Due to the wrong doing of the defendants, still Im not able to find job and unemployed and continues suffering from kidney, bladder damages/injuries. Still today I saw blood in the urine, homeless, suffering from any and all title vii, ADEA, ADAAA, GINA, section 1981 violations.

111) My monitor cables, USB hub, iPhone, Armor rugged sleeve for Mac laptop are with AETNA. I used my iPhone to generate encryption token to login AETNA laptop as every employee does.

112) During the time period I have worked with AETNA, I have done wonderful and challengeable job in 1)MAH-refresh, 2)MAH-database, 3)ODS, 4)CareEngine and Im not paid for these work done which violation copyright/intellectual property of plaintiff. These software/database were tightly integrated to work together to support the business of defendant CVS/AETNA/AHM. These are the primary business application for AHM/AETNA/CVS. Plaintiff pray this Court to order for the plaintiff have 50% copy right ownership/license of all these applications and its databases and divert 50% revenue from 1)MAH/MAH-refresh, MAH-database, ODS, CareEngine to the plaintiff because violation of copyright/intellectual property of plaintiff

113) Defendant's wrong doings are intentional, extreme cruel and uncivilized against the plaintiff. None in the society should accept these extreme cruelty, uncivilized activities.

114) Because of the payment are not paid by the wrong doing of the AETNA manager/official and/or APN official, kidney protection medicine was not able to buy so one of the kidney and two bladder become dysfunction. Plaintiff prays this Court for 3 billion dollar from any and all reasonable defendant for these 3 organs including CVS/AETNA/AHM. **There are organs are unique, reverse, mirror image of normal organ, un-replaceable, un-substitutable, un-matchable**. These defendant slowly killing me, killed ahead of my life expectancy/life span. Dr Singh said that any time these organs would fail completely. Before end of this case, another kidney would show up dysfunction, I will claim another billion dollars from the any and all reasonable defendant including CVS/AETNA/AHM.

---------------------------------------

115) When the treatment, medicines are delayed, Kidney, 2 bladder become defect, not only numbness increased to the plaintiff Karupaiyan, internal pinch pain also started in the finger. Doctor said that there is not permanent cure/treatment other than proper medicine timely. Because Im not timely paid or delayed paid yet and being unemployed,

Im not able to buy proper medicine for these seriously dangerous symptom. These defendants attempted to kill me.

116) Because of damages, wrong doing done by the defendants, Plaintiff Palani Karupaiyan is not able to find another job yet and unemployed.

117) .On September 6th 2019 I called Vedant at APN and requested my backpay, Vedant replied to me that he should beat me because I'm black, sick, madrasi tamil if I request the money again.

118) Kalyani, Robert. Vedant, Neela and Purvi did Racial/Ethnicity/Heritage, color violation against me because of My race, color, language, ethnicity, heritage.

119) The adverse impact happened to me by joint employer were wrongfully fired, fail to promote, failed to hire, become unemployed, loss of income, age discrimination, disability discrimination, race, color, nation origin, GINA discrimination, injured, body parts dysfunction, slowly killing me, killed ahead of my life span etc

**EEOC/ NY State Human rights, NY city Human rights PROCEEDING**

120) On Sep 17 2019 I filed complaint with EEOC, which provided right to sue letters for Aetna, APN

121) On Sep 19 2019, I will have filed complaint with NY State Div. Human rights which provided one consolidated right to sue letter for single integrated employer. Attached()

***Count*:1-Racial/color/Ethnicity/Heritage Discrimination in Violation of TitleVII sect 1981**

122) The foregoing paragraphs are realleged and incorporated by reference herein.

**123)** Because of Plaintiff is black indian race, black color, Tamil speaking ethnicity,

i. because of Kalyani is white/fair skin, Telugu speaking ethnicity, Dimitry white race, they called me as black apple.

ii. Vani refused to give correct login information to database because of my tamil speaking backward caste ethnicity which delayed my task completion.

iii. At last day Kalyani told that kick out this black old Tamil guy.

iv. Kalyani re-assigned my task(s) to Umar Mohamad and replaced me.

v. Purvi, Denner removed me from job.

vi. Pathaks refused to pay me.

**124)** The Defendants **CVS.AETNA,AHM, Kalyani Lakshmi Bellamkonda, Robert Denner, APN, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged at length herein constitutes discrimination based on race/ **Ethnicity/Heritage** in violation of Title VII, section 1981, NYSHRL, NYCHRL or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count: 2- Failure to accommodate disability/Disability Discrimination in Violation of Title VII & ADAAA**

125) The foregoing paragraphs are realleged and incorporated by reference herein.

126) When the plaintiff is diabetic, Aetna did not allow the plaintiff have 5 small meals at desk.
127) Refused to arrange a desk away from Dust/cement falling.
128) Refuse to arrange me locker for laptop but Dmitry was allowed to lock his laptop.
129) Refused to arrange 27 inch monitor as Aetna arranged to other employees.
130) Plaintiff was not allowed to work from home on doctor appointment day but other employees were allowed to work from home regularly.
**131)** The Defendants **CVS,AETNA,AHM, APN** conduct as alleged at length herein constitutes discrimination based on Disability in violation of The Americans with Disabilities Act (ADA)/ADAAA,GINA and Title VII, NYSHRL, NYCHRL, title I of ADAAA or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count: 3- National Origin Discrimination in Violation of Title VII**

132) The foregoing paragraphs are realleged and incorporated by reference herein.
**133)** Because of Plaintiff is black Indian race, black color, Tamil speaking ethnicity, Born from India, Indian origin.

**i) Robert Denner yelled the plaintiff to go back India; he should kill me if I look for job.**

**134)** The Defendant **CVS,AETNA,AHM, APN,** conduct as alleged at length herein constitutes discrimination based on National Origin in violation of Title VII, NYSHRL, NYCHRL or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count: 4. Religion Discrimination in Violation of Title VII, Section 1981**

135) The foregoing paragraphs are realleged and incorporated by reference herein.
136) Because Im Hindu, Because Umar Mohamad is Muslim defendant recruited Umar, re-assigned the plaintiff task to Umar and removed the plaintiff from job.
137) Because of plaintiff is Hindu, Aetna employees told the plaintiffs that he should not eat religious food at desk but for the Dimitry, Juan they did not tell that they should not eat religious food when he ate at desk.
**138)** The Defendant **CVS,AETNA,AHM, APN** conduct as alleged at length herein constitutes discrimination based on **religion** in violation of Title VII . NYSHRL, NYCHRL or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count: 5-Retaliation/Reprisal for Engaging in Protected Activities.**

139) The foregoing paragraphs are realleged and incorporated by reference herein.
140) Because of I told that I can complete the task ahead of outsourced Indian team, Defendant fired from job and Because plaintiff refused to pay commission to managers.
**141)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes retaliation against the Plaintiff because he engaged in activities protected by Title VII. Section 1981, GINA, INA, Fair Labor Standards Act, Rehabilitation Act of 1973, NYSHRL,NYCHRL , RICO or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's retaliatory animus.

**Count: 6 - Age Discrimination in Violation in ADEA and Title VII**

142) The foregoing paragraphs are realleged and incorporated by reference herein.

143) Because of Im over 49 yrs old, and Umar Mohamad's age is 20s, Aetna, APN recruited Umar Mohamad and assigned my task to Umar and removed me from Job and I become unemployed.

**144)** The Defendants **CVS,AETNA,AHM, APN** conduct as alleged above constitutes discrimination based on Age discrimination in violation of ADEA and Title VII,NYSHRL, NYCHRL or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count: 7- Discrimination of Genetic disability/Genetic information in Violation of Title VII, GINA.**

145) The foregoing paragraphs are realleged and incorporated by reference herein.

**146)** Genetic malformation is also disability.

**147)** Because I asked Money to Kalyani and APN managers for buying medicine for Diabetic and genetic illness.

**148) Because of I have genetically defectiveness, because of Kalyani, APN managers knew it, they removed me from job.**

**149)** The Defendant **CVS,AETNA,AHM, APN** conduct as alleged at length herein constitutes discrimination based on **Genetic information** in violation of Adaaa, Title VII, NYSHRL,NYCHRL or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count: 8-US citizenship Discrimination in Violation of Title VII, section 1981,INA**

150) The foregoing paragraphs are realleged and incorporated by reference herein.

151) Because of Im US citizen, I was removed from project and the project or part of it is outsource to India to provide employment to Indian nationals/citizens against US citizen.

152) Because of Im US Citizen I was removed from the project but for the Canadian citizen Rajesh was not removed. Plaintiff is less well treated than the Rajesh and Indian nationals.

**153)** The Defendant **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged at length herein constitutes discrimination based on US citizen to favor foreign national against US citizen in violation of Title VII and U.S.C. § 1324b (Immigration and Nationality Act (INA)), NYHRL/NYCHRL,RICO or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count:9-Hostile and Abusive Working Environment**

154) The foregoing paragraphs are realleged and incorporated by reference herein.

155) Because of the defendants fail to pay, plaintiff suffered kidney bleeding, bladders dysfunction, injuries, assault, diabetic level increased. These wrongdoings were unacceptable for anyone in civilized society.

**156)** The Defendant **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes hostile and abusive working environment in violation of Title VII, section 1981,ADA, GINA, and the ADEA, NY/NYC human rights, RICO or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count:10. Constructive termination/ wrongful discharge**

157) The foregoing paragraphs are realleged and incorporated by reference herein.

158) Plaintiff was fired from work because of retaliation, racial/color, disabilities, age, region, National origin discrimination, refused to manager commission.

**159)** The Defendant **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes Constructive discharge/wrongful termination in violation of Title VII, section 1981, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981,INA, or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count:11- Failure to hire or Failure to Promote as Techlead.**

160) The foregoing paragraphs are realleged and incorporated by reference herein.

161) Defendant fail to hire/fail to promote was because of retaliation, racial/color, disabilities, age, region, National origin discrimination, refused to manager commission.

162) The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Failure to hire or Failure to promote** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981 RICO, Immigration and naturalization act (INA) ,IRCA or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count:12-Violation of breach of contract to outsource/favor the foreigner against US citizen**

163) The foregoing paragraphs are realleged and incorporated by reference herein.

164) Defendant did breach of contract to outsource/favor the foreigner against US citizen by defendants.

**165)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Violation of breach of contract** in violation of Title VII, ADA/ADAAA, NY/NYC human rights, section 1981, INA,IRCA or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:13- Intentional infliction of emotional distress.**

166) The foregoing paragraphs are realleged and incorporated by reference herein

167) Because of the defendants fail to pay, fired plaintiff suffered kidney bleeding, bladders dysfunction, injuries, assault, diabetic level increased these wrongdoings were unacceptable for anyone in the civilized society.

**168)** The Defendant **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes intentional **infliction of emotional distress** in violation of Title VII, section 1981, ADA/ADAAA, rehab act, GINA, and the ADEA, NY/NYC human rights, FLSA, RICO, NY tort, privacy act, 18 U.S. Code § 371, wage theft act, warn, ny tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus.

**Count:14-Unequal terms and conditions, Less well treatment**

169) The foregoing paragraphs are realleged and incorporated by reference herein.

170) i.) Dimitry got laptop locker box, for the plaintiff was told to take between home and work cause pain, suffering and so on.

ii) Dimitry, Juan were allowed to eat at desk but plaintiff was not allowed to eat at desk.

iii) Tanu, Vani were worked from home, but plaintiff was not allowed to go doctor visit or work from home.

iv) Plaintiff was refused for monitor but for Deinde, Rafael was given monitor with desk.

v) Favor the foreigner/Indian outsources team against US citizen.

vi) because of plaintiff is backward caste, black color Vani did not give correct password , but for Rajesh Vani gave password because Vani, Rajesh are upper caste, white color.
vii) Different timesheet approval policy.

**171)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes Unequal terms and conditions, **Less well treatment** in violation of Title VII, SECTION 1981, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:15-Unpaid expense/reimbursement**

172) The foregoing paragraphs are realleged and incorporated by reference herein.
173) APN did not pay my expense I have spent from my pocket and did not reimbursement.
**174)** The Defendant **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes Unpaid expense/reimbursement in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, RICO, SOX, wage theft prevention act, WARN or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:16-Fraud**

175) The foregoing paragraphs are realleged and incorporated by reference herein.
176) Aetna managers and APN exchanging commission and when any candidate refused to pay commission, the remove the plaintiff from project and did not pay the plaintiff.
**177)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes fraud in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, RICO, SOX or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:17-Bribe/corruption.**

178) The foregoing paragraphs are realleged and incorporated by reference herein.
179) Because of I did not agree to pay Aetna Manager commission, they removed the plaintiff from project.
**180)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Bribe/corruption** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981, RICO, SOX, wage theft prevention act, warn or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:18 -Assaulting**

181) The foregoing paragraphs are realleged and incorporated by reference herein.
182) Robert and Purvi assaulted and took the Macbook from me and took my personal things.
**183)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Assaulting** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981,

RICO, ny tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:19- Injury/elevated injury.**

184) The foregoing paragraphs are realleged and incorporated by reference herein.

185) Robert and Purvi assaulted, injured the plaintiff and took the Macbook from me and took my personal things and

186) Single employer failed / refused pay me so plaintiff was not able to buy medicine which resulted the health injured, 1 kidney and 2 bladders dysfunction.

**187)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Injury/elevated injury** in violation of Title VII, ADA/ADAAA, rehab act, GINA, NY/NYC human rights, section 1981 , RICO, ny tort, or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:20- extreme cruelty**

188) The foregoing paragraphs are realleged and incorporated by reference herein.

189) Plaintiff was going thru extreme crudity when Robert and Purvi assaulted injury and took the Macbook from me and took my personal things and

190) Single employer failed to refused pay me, health injured, body parties injured, sleepless nights

**191)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **extreme cruelty** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981, RICO, ny tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:21-Attempted to kill/slowly killing.**

192) The foregoing paragraphs are realleged and incorporated by reference herein.

193) Defendants **Attempted to kill/slowly killing the plaintiff** when Robert and Purvi assaulted, injury and took the Macbook from me and took my personal things and single employer failed to refused pay me, health injured, body parties injured. Plaintiff is born with Situs Inversus Totalis which sudden death syndrome.

**194)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Attempted to kill/slowly killing** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981, RICO, ny tort act, fair labor standards or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:22-Reduced lifespan/killed ahead of complete lifespan**

195) The foregoing paragraphs are realleged and incorporated by reference herein.

196) Defendants **Reduced lifespan/killed ahead of complete lifespan** when Robert and Purvi assaulted, injury and took the Macbook from me and took my personal things and single employer failed to refused pay me, health injured, body parties injured. Diabetic is progressive illness. When defendants refused to pay, plaintiff was not able to buy medicine so the diabetic progressed very fast and life span is reduced.

**197)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes Reduced lifespan/killed ahead of complete lifespan in violation of Title VII, ADA/ADAAA, GINA, and the

ADEA, NY/NYC human rights, section 1981 , RICO, NY tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:23-AETNA providing torture room/torture chamber**

198) The foregoing paragraphs are realleged and incorporated by reference herein.

**199)** Aetna provided torture room/chamber to torture the plaintiff by Robert and Purvi

**200)** The Defendants **CVS,AETNA,AHM** conduct as alleged above constitutes AETNA Providing torture room/torture chamber in violation of Title VII, ADA/ADAAA, GINA, NY/NYC human rights, RICO, ny tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:24-Violation of harmful/unsafe workplace**

201) The foregoing paragraphs are realleged and incorporated by reference herein.

**202)** Aetna placed the workplace where asbestos falling, plaintiff faced lungs difficulties.

**203)** The Defendants **CVS,AETNA,AHM, APN** conduct as alleged above constitutes **Violation of harmful/unsafe workplace** in violation of Title VII, ADA/ADAAA, GINA, NY/NYC human rights, NY tort act FLSA or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:25-Violation of damaging income, causing unemployment, Loss of Income- Present, feature**

204) The foregoing paragraphs are realleged and incorporated by reference herein.

205) Because of defendant's wrong doing plaintiff suffered by **damaging income, causing unemployment, Loss of Income- Present, feature.**

**206)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Violation of Damaging income, causing unemployment, loss of income, present, feature** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981, RICO, wage theft prevention act , warn or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:26- Robbery**

207) The foregoing paragraphs are realleged and incorporated by reference herein.

208) Single employer and their manager secretly met and fire the plaintiff and mugged the plaintiff personal thing including iPhone, usb hub and so on.

**209)** The Defendants CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala conduct as alleged above constitutes Robbery in violation of Title VII, ADA/ADAAA, NY/NYC human rights, section 1981, RICO, SOX or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:27-Outsourcing discrimination against US citizen**

210) The foregoing paragraphs are realleged and incorporated by reference herein.

211) Plaintiff is 20 time efficient and finished the task ahead of the time, because of outsource and to cook the book, fired the plaintiff which is **Outsourcing discrimination against US citizen.**

The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Outsourcing against US citizen discrimination** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA,

NY/NYC human rights, section 1981 INA,IRCA,RICO,NY-RICO or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:28 -Harassment**

212) The foregoing paragraphs are realleged and incorporated by reference herein.

213) Single employer and their manager secretly met and fire the plaintiff and **Harassed** the plaintiff.

214) Single integrated employer refused to pay the plaintiff.

**215)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Harassment** in violation of Title VII, ADA/ADAAA, GINA, and the ADEA, NY/NYC human rights, section 1981, RICO, ny tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:29-CIVIL Conspiracy**

216) The foregoing paragraphs are realleged and incorporated by reference herein.

217) Single employer and their manager secretly met and did **CIVIL Conspiracy against the plaintiff, fired, injured, assault, refused to pay, adverse impact happened to the plaintiff.**

**218)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes CIVIL **Conspiracy** in violation of Title VII, NY/NYC human rights, section 1981,RICO,NY-RICO, warn, FLSA, ny tort law or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:30- Gender**

219) The foregoing paragraphs are realleged and incorporated by reference herein.

220) Tanu and Vani were allowed to work from home, visit the doctor but for the plaintiff was not allowed work from home because defendant discriminated the plaintiff for his gender and Kalyani told the plaintiff to go hell.

**221)** The Defendants **CVS, AETNA, AHM** conduct as alleged above constitutes **Gender** in violation of Title VII, NY/nyc human rights law. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:31-Destruction of Evidence**

222) The foregoing paragraphs are realleged and incorporated by reference herein.

223) Robert and Purvi said that they should erase the evidences from the Macbook.

**224)** The Defendants **CVS,AETNA,AHM, APN, Kalyani Lakshmi Bellamkonda, Robert Denner, Vedant Pathak Neela Pathak, Purvi Jhala** conduct as alleged above constitutes **Destruction of Evidence** in violation of Title VII, NY/NYC human rights RICO/NY-RICO, SOX, any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:32-Unpaid overtime**

225) The foregoing paragraphs are realleged and incorporated by reference herein.

226) Aetna told the plaintiff to take the MacBook to home and bring it back because they have corporate thieves, so plaintiff suffered plain and suffering, sleepless nights. For this baby sitting the laptop, Aetna need to pay the plaintiff overtime.

**227)** The Defendants **CVS,AETNA,AHM, APN** conduct as alleged above constitutes **Unpaid overtime** in violation of Title VII, NY/NYC human rights RICO/NY-RICO, SOX, ,FLSA , warn or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**Count:33-Violation of Copyright/violation of intellectual property**

228) The foregoing paragraphs are realleged and incorporated by reference herein.

229) Plaintiff was not paid by the integrated employer for the work done on their softwares/applications/databases/coreEngine which **Violation of Copyright/violation of intellectual property.**

**230)** The Defendants **CVS,AETNA,AHM, APN** conduct as alleged above constitutes **Violation of Copyright/violation of intellectual property** in violation of Title VII, Copyright Act of 1976 , 17 U. S. C. §§ 101 and 201(b), NY/NYC human rights RICO/NY-RICO, SOX, ,FLSA or any of the plaintiff claimed acts. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's discriminatory animus

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Palani Karupaiyan prays for the following relief:

**a.** A declaratory judgment that the practices complained of herein are unlawful and violate **Title VII, section 1981, ADEA , ADAAA,** Title I of ADAAA, Rehab act, **GINA, INA , FLSA, NYHRL/NYCHRL,** WARN, **NY sate Tort personal injury act, Wage Theft Prevention Act-NY,**RICO, NY RICO,SOX
Copyright Act of 1976, 17 U. S. C. §§ 101 and 201(b),
18 U.S. Code §?2510-2520, Privacy Act of 1974, 18 USC Ch. 119,
28 U.S. Code §?1343 (1982), U.S.C. 42 §1985,
42 U.S. Code § 1988 (42 U.S. Code § 1988(b))
Civil Rights Act of 1866,18 U.S. Code § 371,
20 C.F.R. § 656.17(e)
Family Medical Leave Act,
Indian family act, Indian succession act**, and/or** any of the plaintiff claimed acts as above from facts.

b. A permanent injunction against Defendants and its officers, agents, successors, employees, representatives, and any and all persons acting in concert with Defendants, prohibiting them from engaging in unlawful favoring foreigner against US citizen in fulltime/contract job or outsourcing.

Order the CVS/AETNA/AHM to insource the projects in 3 months of this filing complaint; because Efficient, expertise software engineers were available in US citizen but for the defendant's corrupt business practices, the outsource is happening and against the best interest of the USA or US citizen, US Corporations/Business.

c. An order to Defendants and its officers, agents, successors, employees, representatives, and any and all persons acting in concert with Defendants to pay the plaintiff unpaid expense, remunerations, overtime which are not paid to the plaintiff.

d. An order to Defendants and its officers, agents, successors, employees, representatives to provide fulltime Software architect job to the plaintiff.

e. Back pay since Aug 27 2019, Front pay (including 29% interest and benefits), and other affirmative relief necessary to eradicate the effects of Defendants' unlawful employment practices until plaintiff reach 85 yrs

old; My credit cards are paid 29% interest with additional $250 per month penalties are paid which I used for project expenses in American express which over $5k.

f. Back pay and Front pay at the Certified Software Architect pay level (including pay increases yearly, inflation) until plaintiff reaches the age of 85 years when plaintiff would have retired from Defendants' service but for Defendants management's discriminatory/retaliatory treatment of plaintiff. This salary should be calculated hourly rate of what APN billed the CVS defendant or $250 per hour whichever max. This Court should order each defendant(s) including APN, CVS to pay the plaintiff sum of **$80 million to the plaintiff life time salary**. Im 20 times efficient engineer which also need to be considered.

g. Compensatory and punitive damages;

1. Compensatory Damages: I pray this Court for $50 million compensation by the each and every defendant(s) for each discrimination(s) and/or retaliation and/or any and all wrong doings including health condition down/injuries/ damages.

2. Punitive damages:

Plaintiff resourceful and skilled person. 20 times more efficient than average software engineer. After calculating Plaintiff Palani Karupaiyan life time salary, Compensatory this salary should be multiplied 20 times.

h. Reasonable money for time and effort of the plaintiff, pain and suffering and all expenses and costs of this action to the plaintiff. Since Aug 26 2019, typing on this case with diabetic pain, numbness, fingers are sharp pinching pain while typing and further injured and being unemployed. Plaintiff pray this Court for reasonable $1,120,000.00 for time and effort of plaintiff.

i. Plaintiff Palani Karupaiyan pray this Court for appoint an attorney for me because Im disabled and unaffordable to have attorney.

j. Plaintiff Palani Karupaiyan pray this Court for emergency order that APN/Neela/Vedant should pay $25,000 emergency money for the expense I spent from my pocket for the projects and/or training/ remunerations fees/expense and/or complaint drafting fee when this complaint is served. If any dysfunction shows in another kidney I will claim another/additional billion dollars against any and all reasonable defendant(s) including CVS/AETNA/AHM.

k. Plaintiff pray this Court for order that order reasonable defendant(s) including AHM/AETNA/CVS and/or APN to pay 3 billion dollars to the plaintiff for 1 kidney and 2 bladder dysfunction/injury/damage because the defendants refused to pay timely for diabetic kidney protection medicine with their wrongful/corrupt business practices. The wrong doing were extremely dangerous/serious/uncivilized. Before settling this case, if another kidney could show any dysfunction I will claim another/addition billion dollar against the defendants. Due to the nature of Situs inversus totalis(SIT), genetic malformation, these organs are un-replaceable and un-substitutable. The attempted to kill me, pain is lifetime, slowly killed, my life span is reduced.

l. Plaintiff Palani Karupaiyan worked on MAH,MAH-refresh, MAH-database, ODS, careEngine applications/database. There are core business application to AHM/AETNA/CVS. Plaintiff is not paid these works so plaintiff Palani Karupaiyan pray this Court for permanent injection against the AHM/AETNA/CVS that redirect 50% revenue from MAH,MAH-refresh, MAH-database, ODS, careEngine applications/database from AHM/AETNA/CVS to Plaintiff Palani Karupaiyan. Also plaintiff prays this Court for an order that the Plaintiff entitled to file license/ 50% copy right on the MAH/MAH-refresh, MAH-database, ODS, careEngine application.

m. Plaintiff Palani Karupaiyan pray this Court for order that Plaintiff should have 50% ownership in APN consulting, 50% ownership in APN health care solution because APN defendant violated the intellectual property of the plaintiff.

n. Pre-judgment interest @ 29% annually; and

o. Order this defendant to arrange me Techlead/Architect job.
p. Such other and further legal and equitable relief as this Court deems necessary, just, and proper.

DEMAND FOR JURY TRIAL

Plaintiff Palani Karupaiyan demands a trial by jury of all issues so triable in this action.

**Respectfully submitted**

**Palani Karupaian**
**Ph: 212-470-2048(m) palanikay@gmail.com**

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___Jul 30_______, 2020__.

Signature of Plaintiff
Printed Name of Plaintiff ____/s/Palani Karupaiyan

\\\



NEW
YORK
STATE

Division of Human Rights

ANDREW M. CUOMO
Governor

ANGELA FERNANDEZ
Commissioner

December 19, 2019

Re: Palani Krupiyam v. Aetna Resources LLC, CVS Pharmacy, Inc., APN Consulting Inc., Active Health Management
Case No. 10204901

To the Parties Listed Below:

PLEASE BE ADVISED that the Division of Human Rights is contemplating dismissing the above-referenced complaint for administrative convenience for the following reason:

The Division has been advised that Complainant intends to pursue federal remedies in court, in which forum all issues concerning the question of the discrimination charged can be resolved.

Objections to such action may be submitted by any party within fifteen (15) days of the date of this letter, and will be considered prior to the Division determining whether to dismiss the matter.

Any response should be addressed to the undersigned.

Very truly yours,

William LaMot

William LaMot
Regional Director

TO:

Complainant
Palani Krupiyam
606 Cinder RD
Edison, NJ 08820

Respondent
Aetna, Inc.
Attn: Lisa A. Bennett
151 Farmington Ave, RW61
Hartford, CT 06156-3045

Respondent
CVS Pharmacy, Inc.
Attn: Legal Department
One CVS Drive
Woonsocket, RI 02895

Respondent
APN Consulting Inc.
Attn: Legal Department
1001 6th Avenue
New York, NY 10018

Respondent
Active Health Management
Attn: Legal Department
102 Madison Avenue 12th Floor
New York, NY 10016

Respondent Attorney
Amy Ventry-Kagan, Esq.
Littler Mendelson, P.C.
290 Broadhollow Road Suite 305
Melville, NY 11747

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Palani Karupaiyan**
**606 Cinder Road**
**Edison, NJ 08820**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2020-02182** | **Debra L. Richards, Investigator** | **(929) 506-5307** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)* **Already in court**

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

05/06/2020
*(Date Mailed)*

Enclosures(s)

**Judy A. Keenan,**
**Deputy Director**

cc:

**Neela Pathak**
**Director of Human Resources**
**APN CONSULTING**
**1100 Cornwall Rd # 205**
**Monmouth Junction, NJ 08852**

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: **Palani Karupaiyan**
**606 Cinder rd**
**Edison, NJ 08820**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2019-05910** | **Perry Canales, Supervisory Investigator** | **(929) 506-5318** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Perry A, Canales Digitally signed by Perry A, Canales DN: cn=Perry A, Canales, o=Equal Employment Opportunity Commission, ou=New York District Office, email=perry.canales@eeoc.gov, c=US Date: 2020.05.04 13:25:46 -04'00' For

5/4/2020
*(Date Mailed)*

**Judy A. Keenan,**
**Deputy Director**

Enclosures(s)

cc:

**AETNA**
**233 spring street**
**Nyc, NY 10013**

UNITED STATES POSTAL SERVICE®
www.paypal.com
F
US POSTAGE
07/30/2020
From 08820
0 lbs 4 ozs
Zone 1
Pitney Bowes
CommPrice
NO SURCHARGE
026W0004897374
USPS FIRST-CLASS PKG
na
606 Cinder rd
Edison NJ 08820-3373
0029
RECEIVED
C014
US DIST COURT - SDNY
500 PEARL ST,
ATTN: CLERK 19-CV-8814
NEW YORK NY 10007-1316
S.D.N.Y.
USPS TRACKING #
9400 1282 0633 5275 5836 16
PayPal
SDNY
RECEIVED
SDNY PRO SE OFFICE
2020 AUG -5 AM 10: 46
2020 AUG -5 AM 8: 14
CLERK'S OFFICE
S.D.N.Y.