UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANI KARUPAIYAN,<br><br>      Plaintiff,<br><br>      v.<br><br>CVS HEALTH CORPORATION; AETNA; ACTIVE HEALTH MANAGEMENT; KALYANI LAKSHMI BELLAMKONDA; ROBERT DENNER; APN CONSULTING, INC.; VEDANT PATHAK; NEELA PATHAK; PURVI JHALA,<br><br>      Defendants. | 19 Civ. 8814 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On July 31, 2020, Plaintiff filed a First Amended Complaint. (Dkt. #33). On August 14, 2020, Defendants submitted an application to file a motion to dismiss. (Dkt. #35). Defendants' application is GRANTED. Defendants shall file their anticipated motion to dismiss on or before September 14, 2020. Plaintiff shall file his opposition papers on or before October 26, 2020. Defendants shall file their reply papers, if any, on or before November 23, 2020. Defendants are reminded to submit to Plaintiff copies of any cases cited in their moving papers.

SO ORDERED.

Dated: August 14, 2020
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge

*A copy of this Order has been emailed by Chambers to:*

palanikay@gmail.com