UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANI KARUPAIYAN,<br><br>                   Plaintiff,<br><br>                    -v.-<br>CVS HEALTH CORPORATION; AETNA;<br>ACTIVE HEALTH MANAGEMENT;<br>KALYANI LAKSHMI BELLAMKONDA;<br>ROBERT DENNER; APN CONSULTING,<br>INC.; VEDANT PATHAK; NEELA<br>PATHAK; PURVI JHALA,<br><br>                 Defendants. | 19 Civ. 8814 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      In connection with Defendants' motion to dismiss in the above-captioned matter, Defendants are hereby ORDERED to request a transcript of the proceedings that were held on May 26, 2020. Defendants may submit this request on the Southern District Reporters website, which can be found at the following URL: <sdreporters.com>.

      SO ORDERED.

Dated:     August 19, 2021
              New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge

*A copy of this Order has been emailed by Chambers to:*

palanikay@gmail.com