UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Palani Karupaiyan,

                        Plaintiff,

       -against-

CVS Health Corporation et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022

1:19-cv-08814 (KPF) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on February 9, 2022, at 2:00 p.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email prior to the conference.

**SO ORDERED.**

Dated:      New York, New York
             February 2, 2022

_____
STEWART D. AARON
United States Magistrate Judge