UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANI KARUPAIYAN,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>CVS HEALTH CORPORATION; AETNA INC.;<br>ACTIVEHEALTH MANAGEMENT, INC.;<br>LAKSHMI KALYANI BELLAMKONDA;<br>ROBERT DENNER; APN CONSULTING,<br>INC.; VEDANT PATHAK; NEELA PATHAK;<br>and PURVI JHALA,<br><br>                              Defendants. | 19 Civ. 8814 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court has been advised that the settlement conference that was held on February 9, 2022, before Magistrate Judge Stewart D. Aaron did not lead to the resolution of this case.  Accordingly, the parties are ORDERED to submit a proposed case management plan and joint status letter regarding next steps in this case on or before March 11, 2022.

    Plaintiff has consented to electronic service of court documents.

    SO ORDERED.

Dated: February 16, 2022
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge