UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANI KARUPAIYAN,<br><br>      Plaintiff,<br><br>      -v.-<br><br>CVS HEALTH CORPORATION; KALYANI LAKSHMI BELLAMKONDA; ROBERT DENNER APN CONSULTING, INC.; VEDANT PATHAK; NEELA PATHAK; PURVI JHALA; AETNA INC.; and ACTIVE HEALTH MANAGEMENT, INC.,<br><br>      Defendants. | 19 Civ. 8814 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's letter, filed on October 17, 2022, discussing certain payment-related issues and requesting a Court order for interest. (Dkt. #89). The parties should come prepared to discuss Plaintiff's letter and their previous submissions (Dkt. #86) at the post-fact discovery conference scheduled to take place on **October 24, 2022, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

  SO ORDERED.

Dated: October 21, 2022
     New York, New York

                   KATHERINE POLK FAILLA
                   United States District Judge