UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PALANI KARUPAIYAN,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>AETNA, INC., ACTIVEHEALTH MANAGEMENT, INC., LAKSHMI KALYANI BELLAMKONDA, ROBERT DENNER, and PURVI JHALA,<br><br>                              Defendants. | 19 Civ. 8814 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 7, 2024, Plaintiff submitted a letter informing the Court that the parties have been unable to reach a settlement in this action. (Dkt. #142). The Court understands from its subsequent communications with counsel for the parties that the parties do not wish to proceed with a settlement conference at this time.

As such, the parties are hereby ORDERED to appear for a conference in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, on **October 29, 2024**, at **12:00 p.m.** to schedule trial in this matter.

SO ORDERED.

Dated:  September 9, 2024
        New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge