UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                              :

PALANI KARUPAIYAN,                    :          19-CV-08814 (JAV)
                              :

          Plaintiff,        :          <u>ORDER REGARDING</u>
                              :          <u>PROCEDURES FOR</u>
      -v-                :       <u>PRETRIAL SUBMISSIONS</u>
                              :

CVS HEALTH CORPORATION, et al.,      :

          Defendants.     :
                              X

-----------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

As stated at today's conference, the deadline for submission of the verdict form is adjourned until April 27, 2026.  Plaintiff shall be permitted to submit any proposed modifications to the Joint Pretrial Order ("JPTO"), Request to Charge ("RTC"), and proposed voir dire questions to counsel for Defendants by April 20.

The parties shall jointly submit a verdict form, a revised JPTO, a revised joint RTC, and revised Voir Dire questions to the Court by April 27, 2026.  As to the verdict form, the RTC, and the Voir Dire, these should be submitted in the format required by Rule 8.J of the Court's Individual Rules and Practices in Civil Cases.

To the extent any party intends to rely on deposition designations, that party shall comply with Rule 8.I of the Court's Individual Rules and Practices in Civil Cases, and submit the designated deposition testimony by April 27, 2026.

     SO ORDERED.

Dated: April 6, 2026
       New York, New York          _____
                                 JEANNETTE A. VARGAS
                                 United States District Judge