# GLENN AGRE BERGMAN & FUENTES ▶

Samuel Bieler
sbieler@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
212.970.1600

April 27, 2026

**By ECF**

Hon. Jeanette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

>       Re:    **Palani Karupaiyan v. CVS Health Corporation et al., 19-CV-
>              8814 (JAV)**

Dear Judge Vargas,

We are pro bono counsel to Palani Karupaiyan. We write pursuant to Standing Order M 10-468 (the "Pro Bono Fund Order")[1] to request that this Court pre-authorize $3,000 in expenses from the Southern District of New York Pro Bono Fund. These expenses are necessary so that Mr. Karupaiyan can stay in New York City to attend the trial currently scheduled to begin on May 11, 2026.

## This Court Has Authority To Pre-Authorize Pro Bono Expenses.

The Pro Bono Fund Order governs requests for pre-authorization and reimbursement of expenses incurred in pro bono representations. It provides that "[w]hen an attorney appears on behalf of an indigent pro se litigant at the request of a judge of this Court . . . the attorney may move for reimbursement of expenses incurred in the course of the proceeding." Pro Bono Fund Order at 1. The judge assigned to the matter may preauthorize expenses of up to $5,000. *Id.* ¶ 2.

Expenses that are not specifically covered by the Pro Bono Fund Order must be "authorized in advance by the assigned judge." *Id.* ¶ 13. For these expenses, "the request for authority to incur the expense must be made by request submitted to the assigned judge." *Id.* ¶ 14. It "should briefly set forth the reason for the request and the estimated amount." *Id.*

---

[1] A copy of this order is docketed at *In Re The Creation and Administration of the Pro Bono Fund*, 16-MC-78 (Mar. 13, 2025), Dkt. No. 3, and hyperlinked here.

**<u>Pre-Authorization Of These Expenses Will Facilitate the Efficient Resolution of This Matter.</u>**

We request $3,000 for New York City hotel accommodation so that Mr. Karupaiyan can attend and participate fully in his upcoming trial. Authorizing this expense will also facilitate a more efficient proceeding and reduce the possibility of burdens on the jury.  These expenses are not specifically covered by the Pro Bono Fund so pre-authorization from this Court is required.

Mr. Karupaiyan is indigent and has been granted IFP status. Dkt. No. 3. He is currently living in public group housing in Philadelphia, Pennsylvania. His neighborhood also lacks access to consistent and reliable public transportation. Unless he can stay in New York City, Mr. Karupaiyan will face immense challenges reliably reaching the courthouse by the opening of trial every day. We have explained to Mr. Karupaiyan the absolute necessity of attending every day of trial and will take all possible steps to ensure this. But the logistical challenges of reliably traveling from Philadelphia to New York City before 9:00 am by public transit every day for four to seven days are inescapable. Securing accommodation in New York City would prevent this risk and ensure trial starts efficiently every day.

We recognize that this is a substantial expense for the Court and will endeavor to be responsible stewards of any disbursement authorized. We will seek hotel accommodations for Sunday to Thursday of each week of trial, but not the intervening Friday or weekend. While this trial is scheduled for up to a week and a half, we expect that trial may not require this full period and will book a hotel stay no longer than necessary. As required by the Pro Bono Fund Order, a detailed description of the proposed costs is attached as Annex A. The $3,000 requested would cover that accommodation for up to the period of trial as well as associated taxes and fees.  If Mr. Karupaiyan prevails in this action, he will attempt to seek recoupment of these costs as required by paragraph 6 of the Pro Bono Fund Order and will reimburse the court accordingly.

We thank the court for its consideration and request that it pre-authorize $3,000 in expenses from the Southern District of New York Pro Bono Fund.

Sincerely,

/s/ *Samuel Bieler*
Samuel Bieler

cc:    All Counsel By ECF

2

## **Annex A: Expense Description**

The expenses we seek are hotel accommodations for Palani Karupaiyan for the duration of his trial.  This would be for a maximum of seven nights: the nights of May 10 to May 13, and May 17 to May 19.  We will book for no more nights than necessary based on the length of the trial and will not book the second week of accommodation unless and until it is necessary.

As these expenses have not yet been authorized by the court, we cannot provide the exact cost of the hotel accommodations we would book, as that may change based on when the room is booked as well as associated taxes and fees.  But we have identified several economical hotels close to the courthouse or our office for which a four-night stay costs approximately $1,300.  As of April 24, 2026, this includes The Doxie Hotel ($1,083); the Allen Hotel ($1,312), and Leon Hotel Les ($1,389).  We would aim to spend no more than this, but have requested a sum that will cover any price changes between now and when we may be authorized to book a hotel.

3