UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

PALANI KARUPAIYAN,                  :

                                  :

              Plaintiff,         :           19-CV-08814 (JAV)

                                  :

         -v-                    :            ORDER

                                  :

CVS HEALTH CORPORATION; AETNA;      :
ACTIVEHEALTH MANAGAMENT; KALYANI   :
LAKSHMI BELLAMKONDA; ROBERT DENNER; :
APN CONSULTING INC.; VEDANT PATHAK;  :
NEELA PATHAK; PURVI JHALA,        :

                                  :

           Defendants.       :

                                  :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

In accordance with the verdict of the jury, docketed at ECF No. 197, the Clerk of Court is

directed to enter judgment consistent with the jury's verdict in favor of defendants on all claims

in the operative case and to close out the case.

SO ORDERED.

Dated: June 9, 2026
      New York, New York                         _____
                                          JEANNETTE A. VARGAS
                                          United States District Judge

**COURT EXHIBIT 2**

**COURT EXHIBIT 3**

**COURT EXHIBIT 4**

**COURT EXHIBIT 5**