**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
  PALANI KARUPAIYAN,

               Plaintiff,               19 **CIVIL** 8814 (JAV)

      -against-                      **JUDGMENT**

  CVS HEALTH CORPORATION; AETNA;
  ACTIVEHEALTH MANAGAMENT; KALYANI
  LAKSHMI BELLAMKONDA; ROBERT
  DENNER; APN CONSULTING INC.; VEDANT
  PATHAK; NEELA PATHAK; PURVI JHALA.,

                   Defendants.
       -------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** In accordance with the Opinion and Order dated September 23, 2021, granting in part and denying in part Defendants' motion to dismiss the Complaint (ECF No. 58); the Opinion and Order dated September 5, 2023, granting in part and denying in part Defendants' motions for summary judgment (ECF No. 132); and following a Jury Trial before the Honorable Jeannette A. Vargas, United States District Judge, with respect to Plaintiff's remaining claims, the jury having returned a verdict against Plaintiff as to those claims, the Complaint is hereby dismissed.

                             TAMMI M. HELLWIG
**So Ordered:**                    Clerk of Court

       June 9, 2026
**DATED:** New York, New York

                        BY:

_____      _____
     U.S.D.J.                         Deputy Clerk